NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAICEL CORPORATION,**
*Appellant*

**v.**

**CELANESE INTERNATIONAL CORPORATION,**
*Appellee*

---

2018-2130

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00165.

---

## JUDGMENT

---

GERALD MYERS MURPHY, JR., Birch Stewart Kolasch & Birch, LLP, Falls Church, VA, argued for appellant. Also represented by EUGENE PEREZ.

CHARLES COLLINS-CHASE, Finnegan, Washington, DC, argued for appellee. Also represented by C. COLLETTE CORSER, MICHAEL J. FLIBBERT; JUSTIN LEONARD KRIEGER, Kilpatrick Townsend & Stockton LLP, Denver, CO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court